# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMESETTA MCFARLAND-LAWSON,**
        **Plaintiff,**

        **v.**                                           **Case No. 16-CV-685**

**BENJAMIN J. CARSON, SR.,**
        **Defendant.**

# ORDER

This matter was initially assigned to Magistrate Judge David Jones after all parties consented to have him preside. Following Judge Jones's resignation, the case was reassigned to this court. Although the docket indicates that the Clerk's Office distributed new Consent to Proceed Before a Magistrate Judge forms to the parties, neither party has returned the completed form. As the standing order of the Chief Judge that was included with these forms states, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is mandatory."

Therefore, the court now orders the parties to each file a completed Consent to Proceed Before a Magistrate Judge form no later than **November 5, 2020**. If the defendant fails to timely file the completed form, the defendant's pending motion to revoke the

plaintiff's leave to proceed in forma pauperis (ECF No. 140) may be denied. If the plaintiff fails to timely file the completed form, the defendant's pending motion (ECF No. 140) may be granted.

The Clerk shall mail a Consent to Proceed Before a Magistrate Judge form to the plaintiff along with this order.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 26th day of October, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge