# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMESETTA MCFARLAND-LAWSON,

    Plaintiff,

v.                          Case No. 16-CV-685

MARCIA FUDGE,
SECRETARY OF HOUSING
AND URBAN DEVELOPMENT,

    Defendant.

# ORDER

The court finding good cause, plaintiff Jamesetta McFarland-Lawson's motion for an extension of time (ECF No. 183) is granted. The plaintiff shall respond to the defendants' motion for summary judgment no later than April 15, 2022.

The plaintiff has also filed what she captioned as "2nd Motion for Clarification." She asks a series of questions about the meaning of the Court of Appeals' decision and about this court's actions. The court finds that attempting to answer these questions would be improper because a court cannot provide legal advice to any party. As to the meaning of the Court of Appeals' decision, the court previously provided as much of an

explanation that it believes it can provide without crossing the line into providing impermissible legal advice.

Consequently, the court must deny her motion. Insofar as the plaintiff may believe that the defendants' motion for summary judgment is improper in light of the Court of Appeals' decision, such argument, as well as every other reason she believes the defendants are not entitled to summary judgment, must be included in her response to the defendants' motion for summary judgment.

**IT IS THEREFORE ORDERED** that McFarland-Lawson's motion for an extension of time (ECF No. 183) is **granted**. The plaintiff shall respond to the defendants' motion for summary judgment no later than **April 15, 2022**.

**IT IS FURTHER ORDERED** that McFarland-Lawson's "2nd Motion for Clarification" (ECF No. 184) is **denied**.

Dated at Milwaukee, Wisconsin this 2nd day of March, 2022.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge