# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**JAMESETTA MCFARLAND-LAWSON,**

**Plaintiff,**

v.                                                      **Case No. 16-CV-685**

**MARCIA FUDGE,**

**Defendant.**

⊠   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Secretary's motion for reconsideration is **granted** (ECF No. 251) and the Secretary's motion for summary judgment is **granted**.

   **IT IS FURTHER ORDERED t**his case is **DISMISSED**.

Date:  July 21, 2023

Gina M. Colletti, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/Mary Murawski
Approved this 21st day of July, 2023.

WILLIAM E. DUFFIN
United States Magistrate Judge